UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80462-CIV-RYSKAMP/WHITE

ANTHONY BROWN,

    Petitioner,

v.

JAMES MCDONOUGH,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court pursuant to Petitioner's Motion for Certificate of Appealability, filed January 30, 2008 **[DE 17]**, and motion for *in forma pauperis* status on appeal, also. January 30, 2008 **[DE 18]**. To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable either (1) the merits of a constitutional claim or (2) both the merits of an underlying claim and the procedural issues he seeks to raise with respect to that claim. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000). Appellant has failed to satisfy either test set forth above. Accordingly, the motions are DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 7 day of February, 2008.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE